AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Kevin Quatrevingt
*Plaintiff/Petitioner*
v.
Jeff Landry, et al
*Defendant/Respondent*

Civil Action No. 19-1171

SECT. H MAG. 4

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 05 2019
WILLIAM W. BLEVINS
CLERK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ not incarcerated _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Compliance Envirosystems
1401 Seabord Ave
Baton Rouge, La 70810

My gross pay or wages are: $ 1,921.00 , and my take-home pay or wages are: $ 1,552.00 per
(specify pay period) 2 Weeks .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment       ☐ Yes   ☑ No
(b) Rent payments, interest, or dividends                ☑ Yes   ☐ No
(c) Pension, annuity, or life insurance payments         ☐ Yes   ☑ No
(d) Disability, or worker's compensation payments        ☐ Yes   ☑ No
(e) Gifts, or inheritances                               ☐ Yes   ☑ No
(f) Any other sources                                    ☐ Yes   ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

$200.00 in Rent Payment / monthly

TENDERED FOR FILING
FEB 05 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___ Pauper
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 200.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Truck 2013 Toyota Tacoma $6,000. Currently owe $8,000
1000 Shares of Fastbrick Robotics valued at $170.00 AUD (Approx $140 USD)

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Loan Payment $200 / month
Cell Phone 200 / month
Credit Card Payments (3) totaling approx 400 / month
Automobile $385 / month
Auto Insurance $210 / month
Legal Debt Approx $500 / month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

KQ, minor daughter, $600

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Credit Cards-----Chase 4,500    Capital One 900    Citibank 1000
Personal Loan from Parents $ 13000 for previous legal expenses
Truck Loan ------Approx $8000 remaining
Personal Loan ----- Tower Loan 2000
Approx 5,000 in legal fees outstanding.
Unknown court cost / legal fees accrued for State Court claims listed in complaint.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 1/19/19

*Applicant's signature*

Kevin Quatrevingt
*Printed name*