UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN M. QUATREVINGT** § | | **CIVIL ACTION NO. 19-1171** |
|      **Plaintiff** § | | |
| § | | |
| **VERSUS** § | | **JUDGE JANE TRICHE MILAZZO** |
| § | | |
| **JEFF LANDRY, JAMES LEBLANC,** § | | |
| **RANDY SMITH, ANGIE COOK,** § | | **MAGISTRATE KAREN WELLS ROBY** |
| **DENISE PORTER, WARREN** § | | |
| **MONTGOMERY, and** § | | |
| **SCOTT PERILLOUX** § | | |
|      **Defendants** § | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come defendants, Denise Porter, Angelina Cook[1], and Sheriff Randy Smith, to move to dismiss with prejudice all claims against them, pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons discussed in the attached memorandum in support of this motion, plaintiff's complaint fails to state a claim upon which relief can be granted and qualified immunity otherwise attaches as against all plaintiff's individual capacity claims.

**WHEREFORE**, Denise Porter, Angelina Cook, and Sheriff Randy Smith pray that all claims against them be dismissed with prejudice.

[SIGNATURE BLOCK ON NEXT PAGE]

---

[1] Named as "Angie" Cook in the complaint. *See* R. Doc. 1.

Respectfully submitted,

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*
**CHADWICK W. COLLINGS, T.A.       # 25373
THOMAS S. SCHNEIDAU              # 33359
CODY J. ACOSTA                    # 37005
68031 Capital Trace Row
Mandeville, Louisiana 70471
Telephone:    (985) 292-2000
Facsimile:    (985) 292-2001**
ccollings@millinglaw.com
*Counsel for Sheriff Randy Smith, Angie Cook, and Denise Porter*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on June 14, 2019, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.  Any unrepresented parties appearing are being sent a copy of the above and foregoing through the U.S. Mail, postage prepaid and properly addressed, on June 14, 2019.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**