| REPORT OF RESULT OF TRIAL | DATE |
|---|---|
| (This form may also be used for reporting the result of trial by summary court-martial) | 20060124 |

**TO:** (Address to immediate commander of accused)
366 TRS/CC (AETC)
Sheppard Air Force Base, Texas 76311

### NOTIFICATION UNDER R.C.M. 1101(a) IS HEREBY GIVEN IN THE CASE OF:

| NAME: (Last, First, Middle Initial) | RANK | SSN |
|---|---|---|
| QUATREVINGT, KEVIN M. | A1C | ▮▮▮▮▮ |

| ORGANIZATION | TYPE OF COURT | | | |
|---|---|---|---|---|
| 366th Training Squadron | X | GENERAL | | SPECIAL | SUMMARY |
| | X | JUDGE ALONE | | JUDGE ALONE | |

### SUMMARY OF CHARGES, SPECIFICATIONS, PLEAS AND FINDINGS

| UCMJ ARTICLE | NATURE OF OFFENSE | PLEAS | FINDINGS |
|---|---|---|---|
| CHG: Art 134 | | Guilty | Guilty |
| Specification: | did, at or near Fort Leonard Wood, Missouri, between o/a 28 Dec 04 and o/a 10 Mar 05, wrongfully and knowingly possess visual depictions of minors engaging in sexually explicit conduct, which conduct was prejudicial to good order and discipline or of a nature to bring discredit upon the armed forces. | Guilty | Guilty |

**SENTENCE**
Bad Conduct Discharge, confinement for 11 months and reduction to the grade of Airman Basic

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY & CORRECTIONS

**PRETRIAL CONFINEMENT CREDIT** (Including military and civilian confinement.) (In days.)

None

NOV 1 4 2006

**DATE SENTENCE ADJUDGED** (Or acquittal announced)
20060124

STATE SEX OFFENDER &
CHILD PREDATOR REGISTRY

**DISTRIBUTION** (Prescribed by convening authority)
1 – HQ AETC/JA
1 – 2 AF/CC/JA
1 – 82 TRW/CC
1 – 82 TRG/CC
3 – 82 MSS/DPMARS/DPMPEP/DPMAE
2 – 82 CPTS/FMFSP
2 – 82 SFS/CC/SFOS
1 – ADC
1 – VWAP
1 – AFOSI, Det 411

(CHECK ONE)

| X | TRIAL COUNSEL | | SUMMARY COURT OFFICER |
|---|---|---|---|

**DETAILED BY**
URSULA P. MOUL, Colonel, USAF
Staff Judge Advocate

**TYPED NAME AND GRADE**
TRACY A. ROBINSON, Captain, USAF
Assistant Staff Judge Advocate

**SIGNATURE**
*/s/ Tracy A. Robinson/*

AF 1359, 20001101 (EF-V1)     PREVIOUS EDITIONS ARE OBSOLETE

000002

NON-CERTIFIED COPY

EXHIBIT A