### UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

**UNITED STATES**

v.

**Airman First Class KEVIN M. QUATREVINGT**
United States Air Force

**ACM 36653**

**19 December 2006**

Sentence adjudged 24 January 2006 by GCM convened at Sheppard Air Force Base, Texas.  Military Judge: James L. Flanary (sitting alone).

Approved sentence: Bad-conduct discharge, confinement for 11 months, and reduction to E-1.

Appellate Counsel for Appellant: Lieutenant Colonel Mark R. Strickland and Major John N. Page III.

Appellate Counsel for the United States: Colonel Gerald R. Bruce.

Before

BROWN, FRANCIS, and SOYBEL
Appellate Military Judges

PER CURIAM:

    The approved findings and sentence are correct in law and fact, and no error prejudicial to the substantial rights of the appellant occurred.  Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).  Accordingly, the approved findings and sentence are

AFFIRMED.

OFFICIAL

LAQUITTA J. SMITH
Documents Examiner

EXHIBIT B