

BOBBY JINDAL  
GOVERNOR

MICHAEL D. EDMONSON, COLONEL  
DEPUTY SECRETARY

## State of Louisiana
### Department of Public Safety and Corrections
### Public Safety Services

April 22, 2010  
SOCPR-000350

Kevin M. Quatrevingt  
62114 Warrior Dr.  
Lacombe, LA 70445

Re:   Louisiana Registration Requirements  
        State ID Number: 2359059

Dear Sir/Madam:

The Louisiana Bureau of Criminal Identification and Information (Bureau), through the State Sex Offender and Child Predator Registry has received notice of your intent to establish residence or of your newly established residence in Louisiana. Please be advised that as an out-of-state convicted or adjudicated sex offender you are subject to and shall comply with all the registration and notification requirements of Chapter 3-B – Registration of Sex Offenders; Sexually Violent Predators, and Child Predators of Title 15 of the Louisiana Revised Statutes of 1950 (La. R.S. 15:540-549).

According to records from the state of conviction or adjudication, you were convicted or adjudicated of Possession of Child Pornography pursant to statute number Military Article 134, which criminal elements if compared with Louisiana's Criminal Code's corresponding criminal elements would equate to a conviction or adjudication of Possession, Production and/or Distribution of Child Porn under LA law R.S. 14:81.1. Based on a comparison of the elements of the out-of-state conviction or adjudication with the elements of the most comparable Louisiana conviction or adjudication, the Bureau has determined which time period and frequency of registration are applicable under La. R.S. 15:544 and La. R.S. 15:542.1. The 3-tier classification system criteria are as follows:

Tier I   -   Offenses requiring registration other than those defined in 15:541 as "aggravated offenses" or "sexual offenses against a victim who is a minor" – require 15 year registration period and annual in-person registration renewals.

Tier II   -   Offenses defined in 15:541(14.2) as "sexual offenses against a victim who is a minor" – require 25 year registration period and every six months from the date of initial registration in-person registration renewals.

*COURTESY • LOYALTY • SERVICE*  
*"An Equal Opportunity Employer"*  
P.O. BOX 66614, BATON ROUGE, LOUISIANA 70896

DPSSP 4117



SCANNED  
FEB 1 3 2012

A TRUE COPY  
*[signature]*  
DY. CLERK 22nd JUD. DIST. COURT  
ST. TAMMANY PARISH, LA

EXHIBIT D

NON-CERTIFIED COPY

Exhibit A 1 of 2

Tier III - Offenses defined in 15:541(1) as "aggravated offenses" – require lifetime registration and quarterly (every three months) from the date of initial registration in-person registration renewals.

It has been determined that the tier classification for your out-of-state conviction or adjudication of Possession of Child Pornography pursuant to statute number Military Article 134 is comparable to Possession, Production and/or Distribution of Child Porn under LA law R.S. 14:81.1 and you are required to register pursuant to Tier II.

Pursuant to La. R.S. 15:542.1.3(B)(4), you may appeal the Bureau's determination of the applicable time period of registration and frequency of in-person periodic renewals as follows:

<u>Formal Review</u> – You may appeal by submitting a written request for an administrative hearing as provided in La. R.S. 49:950 et seq. within one year from the date that the bureau posted its determination on the registry. Your written request for an administrative hearing should be addressed to Louisiana State Police, Sex Offender and Child Predator Registry, P. O. Box 66614, Mail Slip Box A-6, Baton Rouge, LA 70896-6614 and postmarked no later than 365 days from the bureau's posting its determination of tier-classification on the registry. Upon receipt of your request, an administrative hearing will be scheduled and conducted in Baton Rouge, LA, the city and state of domicile of the State Sex Offender and Child Predator Registry in accordance with the Administrative Procedure Act (La. R.S. 49:950 et seq.).

Any questions concerning the above matter should be directed to the State Sex Offender and Child Predator Registry at the address stated in the preceding paragraph or by telephone at either of the following numbers: 1-800-858-0551, 225-925-6100, 225-925-6793 or 225-925-7679. Please be aware that the Bureau's decision on your tier classification that posted on the State Registry is not suspended or stayed pending the "tiering decision" nor through the administrative appeal process.

Sincerely,

Lieutenant Leland J. Falcon, Deputy Director
Louisiana State Police
Louisiana Bureau of Criminal Identification and Information
State Sex Offender and Child Predator Registry

LJF/

**SCANNED**
FEB 1 3 2012



A TRUE COPY
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

Exhibit A 2 of 2

NON-CERTIFIED COPY