**Criminal** - **Defendant Search** - **Cases** - **Case Detail** - **Minutes**
**Minutes for Docket# 493820 - click entry to view detail**

| Date | Judge | Division |
|---|---|---|
| 2014-07-17 | MARTIN E. COADY | F |
| 2014-02-06 | MARTIN E. COADY | F |
| 2013-12-09 | MARTIN E. COADY | F |
| 2013-11-18 | MARTIN E. COADY | F |
| 2013-10-29 | MARTIN E. COADY | F |
| 2013-10-14 | MARTIN E. COADY | F |
| 2013-09-16 | MARTIN E. COADY | F |
| 2013-06-24 | MARTIN E. COADY | F |
| 2013-04-15 | MARTIN E. COADY | F |
| 2013-03-18 | MARTIN E. COADY | F |
| 2013-02-19 | MARTIN E. COADY | F |
| 2012-12-03 | MARTIN E. COADY | F |
| 2012-10-09 | MARTIN E. COADY | F |
| 2012-09-04 | MARTIN E. COADY | F |
| 2012-08-06 | MARTIN E. COADY | F |
| 2012-07-18 | MARTIN E. COADY | F |
| 2012-07-09 | MARTIN E. COADY | F |
| 2012-06-18 | MARTIN E. COADY | F |
| 2012-05-30 | MARTIN E. COADY | F |
| 2012-03-19 | MARTIN E. COADY | F |
| 2012-01-17 | MARTIN E. COADY | F |
| 2011-12-12 | MARTIN E. COADY | F |
| 2011-11-14 | MARTIN E. COADY | F |
| 2011-11-02 | MARTIN E. COADY | F |
| 2011-09-12 | MARTIN E. COADY | F |
| 2011-06-23 | MARTIN E. COADY | F |
| 2011-05-23 | MARTIN E. COADY | F |
| 2011-04-11 | MARTIN E. COADY | F |
| 2011-03-31 | MARTIN E. COADY | F |
| 2011-03-14 | MARTIN E. COADY | F |
| 2011-02-07 | MARTIN E. COADY | F |
| 2010-12-06 | MARTIN E. COADY | F |
| 2010-11-29 | MARTIN E. COADY | F |
| 2010-09-13 | ALLISON H. PENZATO | H |

**Minute Entry Detail for 2014-02-06**

| **Date** 2014-02-06 | **Judge** MARTIN E. COADY | **Division** F |
|---|---|---|

**Minute Entry**

493820     STATE OF LOUISIANA
                 VS
                 KEVIN MICHAEL QUATREVINGT

    The defendant being present in open Court attended by Counsel DAVID F CRAIG JR and this matter being on assignment for felony jury trial, on motion of Defense Counsel, Court ordered this matter continued to March 10, 2014.

    Later in the day, the defendant not being present, but being represented by his Counsel, DAVID F. CRAIG, JR. and a Motion to Quash having previously been taken under advisement, Court at this time granted the Motion to Quash.

EXHIBIT E