# TWENTY-SECOND JUDICIAL DISTRICT
## STATE OF LOUISIANA
## PARISH OF ST. TAMMANY

THE STATE OF LOUISIANA

DIVISION: "F"

VERSUS

NUMBER: 493820

KEVIN QUATREVINGT

### THE HONORABLE MARTIN E. COADY
### JUDGE

A Transcript of the Proceedings
Taken in Open Court at Covington, Louisiana, on
February 6, 2014

## RULING

APPEARANCES:

REPRESENTING THE STATE OF LOUISIANA:

HAROLD BARTHOLOMEW, JR., ESQ.
Assistant District Attorney

REPRESENTING THE DEFENDANT:

DAVID F. CRAIG, JR., ESQ.
Public Defender's Office

REPORTED BY: KAREN CARITE JENKINS, C.C.R.
Official Court Reporter

EXHIBIT F

NON-CERTIFIED COPY

1  BY MR. BARTHOLOMEW:

2        Kevin Quatrevingt, I understand is

3  still under advisement.

4  BY THE COURT:

5        I will rule on that today.

6  BY MR. CRAIG:

7        Judge, I would like to place a copy

8  of the paperwork that I gave you a copy of

9  and that I gave Harold a copy of and place

10  that in the record, at least to put that

11  in the record, it's brief, very brief.

12  BY THE COURT:

13        I will still rule on that today.

14

15        (Court considers other matters)

16

17  BY THE COURT:

18        In the matter of State -v-

19  Quatrevingt.

20  BY MR. CRAIG:

21        Yes, Your Honor.

22  BY THE COURT:

23        That Court has taken this earlier

24  under advisement.  Briefs have been filed.

25  We have had argument in the past.  I've

26  reviewed it.  The Court has looked to the

27  prior military justice offense he was

28  charged under Article 134 of the Uniform

29  Code of Military Justice.  In examining

30  actually what he pled guilty to, he pled

31  guilty to it under the general article,

32  not to a specific crime which would

2

NON-CERTIFIED COPY

```
 1        annunciate a sex offense.  Therefore, it
 2   was argued notice any many other
 3   arguments, I am rejecting all of those in
 4   the quash, but however the fundamental
 5   flaw, I believe in the State's case is the
 6   underlying charge they are trying to have
 7   Mr. Quatrevingt register.  Therefore, on
 8   that basis I am granting the motion to
 9   quash.
10  · BY MR. CRAIG:
11        Thank you, Your Honor.
12     BY MR. BARTHOLOMEW:
13        Please note the State's objection,
14   Your Honor.  He has already pled guilty to
15   this charge once.  We were assuming that
16   that was not an issue.
17     BY MR. CRAIG:
18        Well, agreed, he did plead guilty,
19   but he had already served a year in jail
20   and he was given credit for time served on
21   a reduced charge.
22     BY MR. BARTHOLOMEW:
23        David, you've won.
24     BY MR. CRAIG:
25        Thank you.  Well, I just don't want
26   that --
27     BY THE COURT:
28        You can point that out if they
29   appeal.
30
31
32
```

3

NON-CERTIFIED COPY

# C-E-R-T-I-F-I-C-A-T-E

This certificate is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, KAREN CARITE JENKINS, Official Court Reporter in and for the State of Louisiana, employed as an official court reporter by the Twenty-Second Judicial District Court for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with the transcript format guidelines required by statute or by rules of the board or by the Supreme Court of Louisiana, and that I am not related to counsel or to the parties herein nor am I otherwise interested in the outcome of this matter.

KAREN CARITE JENKINS, C.C.R.
Official Court Reporter
Certificate #91227

NON-CERTIFIED COPY