**Criminal** - **Defendant Search** - **Cases** - **Case Detail** - **Minutes**
**Minutes for Docket# 493820 - click entry to view detail**

| Date | Judge | Division |
|---|---|---|
| 2014-07-17 | MARTIN E. COADY | F |
| 2014-02-06 | MARTIN E. COADY | F |
| 2013-12-09 | MARTIN E. COADY | F |
| 2013-11-18 | MARTIN E. COADY | F |
| 2013-10-29 | MARTIN E. COADY | F |
| 2013-10-14 | MARTIN E. COADY | F |
| 2013-09-16 | MARTIN E. COADY | F |
| 2013-06-24 | MARTIN E. COADY | F |
| 2013-04-15 | MARTIN E. COADY | F |
| 2013-03-18 | MARTIN E. COADY | F |
| 2013-02-19 | MARTIN E. COADY | F |
| 2012-12-03 | MARTIN E. COADY | F |
| 2012-10-09 | MARTIN E. COADY | F |
| 2012-09-04 | MARTIN E. COADY | F |
| 2012-08-06 | MARTIN E. COADY | F |
| 2012-07-18 | MARTIN E. COADY | F |
| 2012-07-09 | MARTIN E. COADY | F |
| 2012-06-18 | MARTIN E. COADY | F |
| 2012-05-30 | MARTIN E. COADY | F |
| 2012-03-19 | MARTIN E. COADY | F |
| 2012-01-17 | MARTIN E. COADY | F |
| 2011-12-12 | MARTIN E. COADY | F |
| 2011-11-14 | MARTIN E. COADY | F |
| 2011-11-02 | MARTIN E. COADY | F |
| 2011-09-12 | MARTIN E. COADY | F |
| 2011-06-23 | MARTIN E. COADY | F |
| 2011-05-23 | MARTIN E. COADY | F |
| 2011-04-11 | MARTIN E. COADY | F |
| 2011-03-31 | MARTIN E. COADY | F |
| 2011-03-14 | MARTIN E. COADY | F |
| 2011-02-07 | MARTIN E. COADY | F |
| 2010-12-06 | MARTIN E. COADY | F |
| 2010-11-29 | MARTIN E. COADY | F |
| 2010-09-13 | ALLISON H. PENZATO | H |

**Minute Entry Detail for 2014-07-17**

| **Date** 2014-07-17 | **Judge** MARTIN E. COADY | **Division** F |
|---|---|---|
| | | **Minute Entry** |

493820    STATE OF LOUISIANA
         VS
         KEVIN MICHAEL QUATREVINGT

   The defendant being present in open Court and this matter being on assignment for hearing on a Motion for Clarification and Request for Order for Removal for Registry, filed pro se.  State and Defense made argument, Court advised has no jurisdiction and according to this proceeding this case is quashed.

EXHIBIT H