19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

DOCKET NO: 664353  SECTION: 26

KEVIN QUATREVINGT

versus

RANDY SMITH, SHERIFF OF ST. TAMMANY PARISH

FILED_____  _____
 DEPUTY CLERK

**STATE FILED**

## ORDER

This matter came for hearing on Exceptions filed by Defendant, Randy Smith, Sheriff of St. Tammany Parish on the **8th day of January, 2018, at 10:00 a.m.**

Present in Court were:

Chelsea Cusimano, appearing herein on behalf of Randy Smith, Sheriff of St. Tammany; and

Kevin Quatrevingt, Pro Se Plaintiff

After arguments by Counsel and Pro Se Plaintiff, a review of the Court record, pleadings filed and the law, the Court issues the following Order:

IT IS ORDERED, ADJUDGED AND DECREED that Defendant's, Randy Smith, Sheriff of St. Tammany, Exception of Peremption is _____ granted; _____ denied;

IT IS ORDERED, ADJUDGED AND DECREED that Defendant's, Randy Smith, Sheriff of St. Tammany, Exception of Collateral Estoppel is _____ granted; _____ denied;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Petitioner's, Kevin Quatrevingt, Petition for Emergency Petition for Temporary Restraining Order Preliminary and Permanent Injunctions is dismissed with prejudice at his costs.

Signed, in East Baton Rouge, Louisiana this 10th day of January, 2018.

_____
HONORABLE DONALD R. JOHNSON
19th Judicial District Court

REC'D C.P.
JAN 19 2018



FILED
EAST BATON ROUGE PARISH, LA
2018 JAN 10 AM 11:33



EXHIBIT K

NON-CERTIFIED COPY

**PLEASE SERVE:**
Kevin Quatrevingt
At his place of residence
62114 Warrior Road
Lacombe, LA 70445

NON-CERTIFIED COPY