**Criminal** - **Defendant Search** - **Cases** - **Case Detail** -
**Case Detail**

| | | |
|---|---|---|
| **Docket #:** 603891 | | **File date:** 6/15/2018 |
| **Judge:** REGINALD T. BADEAUX, III | | **Division:** I |
| **Defendant:** **QUATREVINGT, KEVIN MICHAEL** | | **DOB:** 6/29/1984 |
| **Defense Attorney:** WALD , STEPHANIE | | **Indigent:** Y |
| **Prosecuting Attorney:** | | **Trial Type:** JUDGE |

**Surety Information**

**Agency:** BANKERS INSURANCE CO        **Agent:** A-ACROSS STREET BAIL BOND

**Last Docket - click to view all**

| Date | Description | Dispose Date | Dispose Description |
|---|---|---|---|
| 05/20/2019 | **FELONY JURY TRIAL** | | |

**Bill Charges - click to view all**

| Date | Code | Bill Charge | Charge Type | Disposition Chrg | Plea/Verdict |
|---|---|---|---|---|---|
| 6/15/2018 | 15:542 | **FAIL REGISTER SEX OFFENDER** | F | | |

**Minutes - click to view all**

| Date | Judge | Division |
|---|---|---|
| **3/18/2019** | **REGINALD T. BADEAUX, III** | I |
| **1/16/2019** | **REGINALD T. BADEAUX, III** | I |
| **11/15/2018** | **REGINALD T. BADEAUX, III** | I |
| **9/4/2018** | **REGINALD T. BADEAUX, III** | I |

EXHIBIT L