UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN M. QUATREVINGT** § | | **CIVIL ACTION NO. 19-1171** |
|     **Plaintiff** § | | |
| § | | |
| **VERSUS** § | | **JUDGE JANE TRICHE MILAZZO** |
| § | | |
| **JEFF LANDRY, ET AL,** § | | |
|     **Defendants** § | | **MAGISTRATE KAREN WELLS ROBY** |
| § | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Before the Court is Defendant's Motion to Stay Proceedings (Doc.___ ). Accordingly,

**IT IS ORDERED** that the Motion to Stay Proceedings is **GRANTED**. This matter is **STAYED AND ADMINISTRATIVELY CLOSED**.

**IT IS FURTHER ORDERED** that Plaintiff shall provide this Court with a status report, in letter form, not more than days 30 days from the date of this Order, updating the Court on the status of the criminal charges pending against Plaintiff in the 22nd Judicial District Court. This report may be faxed to chambers at (504) 589-7521 or emailed to jenny_rudolph@laed.uscourts.gov. The Court will evaluate the continued need for a stay at that time.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
**JANE TRICHE MILAZZO**
**U.S. DISTRICT COURT JUDGE**