# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN M. QUATREVINGT** § | | **CIVIL ACTION NO. 19-1171** |
| Plaintiff § | | |
| § | | |
| **VERSUS** § | | **JUDGE JANE TRICHE MILAZZO** |
| § | | |
| **JEFF LANDRY, ET AL,** § | | |
| Defendants § | | **MAGISTRATE KAREN WELLS ROBY** |
| § | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that defendant, Warren Montgomery, will submit his Motion to Stay Proceedings before the Honorable Jane Triche Milazzo, Judge of the United States District Court for the Eastern District of Louisiana, on the 31st day of July, 2019, at 9:30 a.m.

**Respectfully submitted,**

s/ Cary J. Menard
_____
Cary J. Menard (#09426)
701 N. Columbia St. – 2nd Floor DA Office
Covington, Louisiana 70433
Telephone:   (985) 871-4530
Facsimile:    (985) 867-5124
Email:         cmenard@22da.com
Counsel for Defendant, Warren Montgomery, in his capacity as District Attorney for the 22nd Judicial District, State of Louisiana.

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on June 18, 2019, by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

      I further certify that the following *pro se* litigant was served with a copy of the forgoing document via United States Mail:

Kevin M. Quatrevingt
62114 Warrior Road
Lacombe, LA 70445


                                           s/ Cary J. Menard
                                             **Cary J. Menard**