UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN M. QUATREVINGT, Plaintiff** | ) | **CIVIL ACTION NO. 19-1171** |
| | ) | |
| **versus** | ) | **SECTION: "H" (4)** |
| | ) | |
| **JEFF LANDRY, et al.** | ) | |

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time to File Response (Doc. 25) to Motion to Dismiss for Failure to State a Claim (Doc. 20);

**IT IS ORDERED** that the Motion is **GRANTED**. The submission date for the Motion to Dismiss for Failure to State a Claim (Doc. 20) is **CONTINUED** to July 31, 2019. Plaintiff must file his response no later than **July 23, 2019**.

New Orleans, Louisiana, this 2nd day of July, 2019.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**