# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN M. QUATREVINGT** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-1171** |
| **JEFF LANDRY, ET AL.** | **SECTION: "H"** |

## ORDER

Considering Plaintiff's Emergency Motion for a Temporary Restraining Order and a Preliminary Injunction (Doc. 27),

**IT IS ORDERED** that a Status Conference is **SET** for July 18, 2019 at 2:45 p.m. The Status Conference will take place in the undersigned's chambers.

New Orleans, Louisiana this 16th day of July, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1