MINUTE ENTRY
MILAZZO, J.
July 18, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN M. QUATREVINGT                                   CIVIL ACTION

VERSUS                                                 NO: 19-1171

JEFF LANDRY, ET AL.                                    SECTION: "H"

## MINUTE ENTRY

On July 18, 2019, the Court held a status conference. Plaintiff Kevin Quatrevingt participated by telephone; Christopher Walters and Jeffery Wheeler participated on behalf of Defendants Jeff Landry and James LeBlanc; Cary Menard participated on behalf of Defendant Warren Montgomery; and Chad Collings and Cody Acosta participated on behalf of Defendants Randy Smith, Angelina Cook, and Denise Porter. The parties discussed Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 27).



(JS-10:35)