UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEVIN M. QUATREVINGT**                   **CIVIL ACTION**

**VERSUS**                                  **NO: 19-1171**

**JEFF LANDRY, ET AL.**                     **SECTION: "H"**

### ORDER

Before the Court are Plaintiff's Emergency Motion for a Temporary Restraining Order and a Preliminary Injunction (Doc. 27) and his Motion to Expedite hearing on the aforementioned Motion (Doc. 31). Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Expedite (Doc. 31) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Emergency Motion for a Temporary Restraining Order and a Preliminary Injunction (Doc. 27) is **DENIED** in part. Plaintiff's request for a Temporary Restraining Order is **DENIED** because he failed to support his request with either an affidavit or a verified complaint as is required by Federal Rule of Civil Procedure 65(b)(1)(A). Plaintiff's request for a preliminary injunction remains pending.

**IT IS FURTHER ORDERED** that a hearing on Plaintiff's request for a preliminary injunction is **SET** for August 2, 2019 at 1 p.m. To the extent Plaintiff wishes to supplement his briefing on the Motion, he shall file a Reply brief no later than July 25, 2019. To the extent Defendants wish to supplement their briefing on the Motion, any additional briefing shall be filed no later than July 29, 2019.

New Orleans, Louisiana this 19th day of July, 2019.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**