## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN M. QUATREVINGT** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-1171** |
| **JEFF LANDRY, ET AL.** | **SECTION: "H"** |

### <u>ORDER</u>

Before the Court are Plaintiff's Motion to Supplement the Record and for Amendment of this Court's July 19, 2019 Order (Doc. 37) and Plaintiff's Motion for Expedited Review of the aforementioned Motion (Doc. 38). Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Expedited Review is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Supplement the Record and for Amendment of this Court's July 19, 2019 Order denying Plaintiff's request for a temporary restraining order (Doc. 37) is **DENIED**. Although Plaintiff now attaches what is effectively a verified complaint to support his request,[1] the request does not "clearly show that immediate and irreparable injury . . . will result to the [Plaintiff] before the [Defendants] can be heard in opposition."[2] A preliminary injunction hearing is currently set for August 2, 2019 at 1 p.m. Plaintiff has failed thus far to show this Court that he is entitled to a temporary restraining order because it is not clear that he is lawfully entitled to the relief he seeks.

---

[1] *See* Doc. 37 at 11–12.
[2] *See* FED. R. CIV. P. 65(b)(1)(A).

1

New Orleans, Louisiana this 29th day of July, 2019.

_____

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**