## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN M. QUATREVINGT** § | **CIVIL ACTION NO. 19-1171** |
| **Plaintiff** § | |
| § | |
| **VERSUS** § | **JUDGE JANE TRICHE MILAZZO** |
| § | |
| **JEFF LANDRY, JAMES LEBLANC,** § | |
| **RANDY SMITH, ANGIE COOK,** § | **MAGISTRATE KAREN WELLS ROBY** |
| **DENISE PORTER, WARREN** § | |
| **MONTGOMERY, and** § | |
| **SCOTT PERILLOUX** § | |
| **Defendants** § | |

*************************************************************************

## ORDER

**CONSIDERING THE FOREGOING** Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction filed by Defendants, Denise Porter, Angelina Cook, and Sheriff Randy Smith (Doc. 40);

**IT IS ORDERED** that the Motion is GRANTED and the Clerk is directed to enter the Supplemental Memorandum into the record.

New Orleans, Louisiana, this 30th day of ____July____, 2019.

_____
**Judge Jane Triche Milazzo**
**United States District Court Judge**