## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN M. QUATREVINGT** § | | **CIVIL ACTION NO. 19-1171** |
|       **Plaintiff** § | | |
| § | | |
| **VERSUS** § | | **JUDGE JANE TRICHE MILAZZO** |
| § | | |
| **JEFF LANDRY, JAMES LEBLANC,** § | | |
| **RANDY SMITH, ANGIE COOK,** § | | **MAGISTRATE KAREN WELLS ROBY** |
| **DENISE PORTER, WARREN** § | | |
| **MONTGOMERY, and** § | | |
| **SCOTT PERILLOUX** § | | |
|       **Defendants** § | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING** the Motion to Allow Taking of Testimony at Preliminary Injunction Hearing filed by defendants, Denise Porter, Angelina Cook, and Sheriff Randy Smith (Doc. 43);

**IT IS ORDERED** that the Motion to Allow Taking of Testimony at Preliminary Injunction Hearing is **GRANTED,** and the parties are authorized to offer oral testimony at the preliminary injunction hearing currently scheduled in this matter on August 2, 2019, at 1:00 p.m. if they respectively choose.

New Orleans, Louisiana, this  31st  day of     July    , 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

90429/459746