MINUTE ENTRY
MILAZZO, J.
AUGUST 2, 2019

JS-10: 01:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN M. QUATREVINGT | CIVIL ACTION |
| VERSUS | NO. 19-1171 |
| JEFF LANDRY et al | SECTION "H"(4) |

**PRELIMINARY INJUNCTION HEARING**

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: KAREN IBOS
LAW CLERK: BEN WALLACE

APPEARANCES:   KEVIN QUATREVINGT, Pro Se Plaintiff
               THOMAS SCHNEIDAU, for Defendants, Angelina Cook, Randy Smith, Denise Porter
               JEFFERY WHEELER & CHRISTOPHER WALTERS, for Defendants, Jeff Landry, James Leblanc
               CARY J. MENARD, for Defendant, Warren Montgomery

Court begins at 1:00 p.m.
All present and ready.
The parties make their appearance.
The parties argue plaintiff's Motion for Preliminary Injunction.
Exhibits A-L offered and admitted into evidence without objection.
Joint Stipulations are entered into by the parties and read onto the record.
The Motion for Preliminary Injunction **(Rec. Doc. 27)** is taken under submission by the Court.
Court adjourned at 2:10 p.m.