Aug. 2, 2019 - Preliminary Injunction Hearing

19-1171 "H"

| | | |
|---|---|---|
| A | Report of Result of Trial-Air Force | adm 8/2 |
| B | Air Force Criminal Appeals Decision | adm 8/2 |
| C | 11/3/08 Minutes of Guilty Plea to Failure to Register (438897) | adm 8/2 |
| D | 4/22/10 Tier 2 Letter | adm 8/2 |
| E | 2/6/14 Motion to Quash Minutes (493820) | adm 8/2 |
| F | Transcript from 2/6/14 Quash Hearing | adm 8/2 |
| G | Notice of Release/Acknowledgment (10/18/06) | adm 8/2 |
| H | 7/17/14 Minutes: No jurisdiction | adm 8/2 |
| I | 19th JDC Request for TRO, preliminary and permanent injunc. (664353) | adm 8/2 |
| J | Sheriff's exceptions to TRO, preliminary and permanent injunc. (664353) | adm 8/2 |
| K | Order of state court RE: TRO, preliminary and permanent injunc. (664353) | adm 8/2 |
| L | Minutes of new failure to register trial | adm 8/2 |