# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN M. QUATREVINGT** § | | **CIVIL ACTION NO. 19-1171** |
| **Plaintiff** § | | |
| § | | |
| **VERSUS** § | | **JUDGE JANE TRICHE MILAZZO** |
| § | | |
| § | | |
| **JEFF LANDRY, ET AL,** § | | |
| **Defendant** § | | **MAGISTRATE KAREN WELLS ROBY** |
| § | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER TO PLAINTIFF'S AMENDED COMPAINT ON BEHALF OF WARREN MONTGOMERY, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 22ND JUDICIAL DISTRICT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Warren Montgomery, in his official capacity as District Attorney for the 22nd Judicial District, State of Louisiana (hereinafter referred to as "Defendant"), who respectfully responds to Plaintiff's Amended Complaint[1] ("Complaint") and asserts the following affirmative defenses:

A.

The allegations contained in section A of the Complaint entitled "Jurisdiction" do not require a response from Defendant. However, insofar as an answer is required, the allegations of section A are denied.

B-1

The allegations contained in section B, paragraph 1, are denied for lack of sufficient information to justify a belief therein.

---

[1] The plaintiff's Complaint is organized by letter and numbered paragraphs except where indicated. Numbered paragraphs are continued through lettered sections instead of started anew.

B-2

The allegations contained in section B, paragraph 2, are denied for lack of sufficient information to justify a belief therein.

B-3

The allegations contained in section B, paragraph 3, are denied for lack of sufficient information to justify a belief therein.

B-4

The allegations contained in section B, paragraph 4, are denied for lack of sufficient information to justify a belief therein.

B-5

The allegations contained in section B, paragraph 5, are denied for lack of sufficient information to justify a belief therein.

B-6

The allegations contained in section B, paragraph 6, are denied for lack of sufficient information to justify a belief therein.

B-7

The allegations contained in section B, paragraph 7, are denied for lack of sufficient information to justify a belief therein.

B-8

The allegations contained in section B, paragraph 8, are denied for lack of sufficient information to justify a belief therein.

Unnumbered paragraph (following Section B, paragraph 8)

To the extent that the subsequent unnumbered paragraph requires a response, it is also denied for lack of sufficient information to justify a belief therein.

B-9

The allegations contained in section B, paragraph 9, are denied for lack of sufficient information to justify a belief therein.

B-10

The allegations contained in section B, paragraph 10, are denied for lack of sufficient information to justify a belief therein.

Unnumbered paragraph (following Section B, paragraph 10)

To the extent that the subsequent unnumbered paragraph requires a response, it is also denied for lack of sufficient information to justify a belief therein.

B-11

The allegations contained in section B, paragraph 11, are denied, except to admit that Defendant Warren Montgomery is the District Attorney for the 22nd Judicial District, State of Louisiana, and possesses the legal authority granted to him under the laws of the State of Louisiana.

B-12

The allegations contained in section B, paragraph 12, are denied.

C - 13.

Section C of the Complaint is entitled "Causes of Action." The allegations contained in section C, paragraph 13 are denied for lack of sufficient information to justify a belief therein.

C-14

The allegations contained in section B, paragraph 14, are denied for lack of sufficient information to justify a belief therein.

C - 15.

The allegations contained in section C, paragraph 15 do not require a response from Defendant. However, insofar as an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

C - 16.

The allegations contained in section C, paragraph 16 do not require a response from Defendant. However, insofar as an answer is required, the allegations are denied for lack of sufficient information to justify a belief therein.

C - 17.

The allegations contained in section C, paragraph 17, are denied.

C - 18.

The allegations contained in section C, paragraph 18, are denied.

D-19

Section D of the Complaint is entitled "Previous Lawsuits and Administrative Relief." The allegations contained in section D, paragraph 19, are denied for lack of sufficient information to justify a belief therein. Furthermore, Defendant asserts that the court records associated with any and all cases cited therein are the best evidence of its contents.

D-20

The allegations contained in section D, paragraph 20, are denied for lack of sufficient

information to justify a belief therein. Furthermore, Defendant asserts that the court records associated with any and all cases cited therein are the best evidence of its contents.

D-21

The allegations contained in section D, paragraph 21, are denied for lack of sufficient information to justify a belief therein. Furthermore, Defendant asserts that the court records associated with any and all cases cited therein are the best evidence of its contents.

D-22

The allegations contained in section D, paragraph 22, are denied for lack of sufficient information to justify a belief therein. Furthermore, Defendant asserts that the court records associated with any and all cases cited therein are the best evidence of its contents.

D-23

The allegations contained in section D, paragraph 23, are denied for lack of sufficient information to justify a belief therein. Furthermore, Defendant asserts that the court records associated with any and all cases cited therein are the best evidence of its contents.

D-24

The allegations contained in section D, paragraph 24, are denied for lack of sufficient information to justify a belief therein. Furthermore, Defendant asserts that the court records associated with any and all cases cited therein are the best evidence of its contents.

D-25

The allegations contained in section D, paragraph 25, are denied for lack of sufficient information to justify a belief therein. Furthermore, Defendant asserts that the court records associated with any and all cases cited therein are the best evidence of its contents.

D-26

The allegations contained in section D, paragraph 26, are denied for lack of sufficient information to justify a belief therein. Furthermore, Defendant asserts that the court records associated with any and all cases cited therein are the best evidence of its contents.

E – 27 (A)

Section E of the Complaint is entitled "Request for Relief." The allegations contained in section E, paragraph 27, subsection A, do not require a response from Defendant. However, insofar as an answer is required, the allegations are denied as written.

E – 27 (B)

The allegations contained in section E, paragraph 27, subsection B, do not require a response from Defendant. However, insofar as an answer is required, the allegations are denied as written.

E – 27 (C)

The allegations contained in section E, paragraph 3, subsection C, do not require a response from Defendant. However, insofar as an answer is required, the allegations are denied as written.

E – 27 (D)

The allegations contained in section E, paragraph 4, subsection D, do not require a response from Defendant. However, insofar as an answer is required, the allegations are denied as written.

E – 27 (E)

The allegations contained in section E, paragraph 5, subsection E, do not require a response

from Defendant. However, insofar as an answer is required, the allegations are denied as written.

### E – 27 (F)

The allegations contained in section E, paragraph 27, subsection F, do not require a response from Defendant. However, insofar as an answer is required, the allegations are denied as written.

### E – 27 (G)

The allegations contained in section E, paragraph 27, subsection G, do not require a response from Defendant. However, insofar as an answer is required, the allegations are denied as written.

### "Plaintiff's Decleration [sic]"- 1

The allegations contained in paragraph 1, do not require a response from Defendant. However, insofar as an answer is required, the allegations are denied as written.

### "Plaintiff's Decleration [sic]"- 2

The allegations contained in paragraph 2, do not require a response from Defendant. However, insofar as an answer is required, the allegations are denied as written.

### "Plaintiff's Decleration [sic]"- 3

The allegations contained in paragraph 3, do not require a response from Defendant. However, insofar as an answer is required, the allegations are denied as written.

### "Plaintiff's Decleration [sic]"- 4

The allegations contained in paragraph 4, do not require a response from Defendant. However, insofar as an answer is required, the allegations are denied as written.

F [2]

Any allegations contained in the Complaint, including, but not limited to the Plaintiff's "Request for Relief," are denied unless expressly admitted.

**AFFIRMATIVE DEFENSES**

FIRST DEFENSE

Plaintiff's Complaint fails to allege a cause of action upon which relief can be granted.

SECOND DEFENSE

Pursuant to Federal Rules of Civil Procedure Rule 10(c), Defendant adopts by reference all defenses and affirmative defenses of other party defendants herein that seek to defeat or diminish Plaintiff's claims, to the extent those defenses and affirmative defenses are consistent with the facts and circumstances pertinent to Defendant.

THIRD DEFENSE

Defendant specifically reserves the right to plead and assert any and all additional defenses that may become evident after further discovery and investigation have been conducted, and further declares his intention to avail himself of all constitutional, statutory, and jurisprudential defenses legally and factually available to him.

**WHEREFORE**, Defendant Warren Montgomery, in his official capacity as District Attorney for the 22nd Judicial District, State of Louisiana, prays that this Answer and assertion of Affirmative Defenses be deemed good and sufficient, and after all due proceedings had, that there be judgment in favor of Defendant herein, dismissing all claims of Plaintiff, Kevin M.

---

[2] Plaintiff's Complaint does not have a paragraph "F" – Paragraph is so lettered to comport with the organization of same.

Quatrevingt, at his costs, and for all other general and equitable relief as this Court deems proper.

**Respectfully submitted,**

/s/ Cary J. Menard
Cary J. Menard (#09426)
701 N. Columbia St. – 2nd Floor DA Office
Covington, Louisiana 70433
Telephone: (985) 871-4530
Facsimile: (985) 867-5124
cmenard@22da.com
Counsel for Defendant, Warren Montgomery, in his official capacity as District Attorney for the 22nd Judicial District, State of Louisiana.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on October 9, 2019, by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

I further certify that the following *pro se* litigant was served a copy of the forgoing document via United States Mail:

Kevin M. Quatrevingt
62114 Warrior Road
Lacombe, LA 70445

        /s/ Cary J. Menard

        **Cary J. Menard**