UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN M. QUATREVINGT** | : CIVIL ACTION |
| | : NO. 19-1171-JTM-KWR |
| **VERSUS** | |
| | : JUDGE JANE TRICHE MILAZZO |
| **JEFF LANDRY, ET AL** | : MAGISTRATE JUDGE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMBINED MEMORANDA IN OPPOSITION TO
PLAINTIFF'S MOTIONS FOR DEFAULT**

**MAY IT PLEASE THE COURT:**

Defendants, Louisiana Attorney General Jeff Landry, and James LeBlanc, Secretary of the Louisiana Department of Public Safety and Corrections ("DPSC"), respectfully move this Honorable Court and/or Clerk of Court to deny the plaintiff's *Request for Entry of Default* as to Defendants Landry and LeBlanc for the following reasons:

**I.    PROCEDURAL HISTORY**

On August 29, 2019 this Honorable Court granted the *Motions to Dismiss* filed by the Defendants in this matter, and gave the plaintiff twenty (20) days to amend his *Complaint* to cure any deficiencies.[1] On September 23, 2019 the Plaintiff filed his *Amended Complaint* with the Court.[2] On October 8, 2019 the Plaintiff filed a *Request for Entry of Default* and Defendants Landry and LeBlanc.[3] On the same day, Defendants filed a *Second Motion to Dismiss* Plaintiff's claims.[4]

---

[1] Rec. Doc. 51.
[2] Rec. Doc. 52.
[3] Rec. Doc. 54 & 56.
[4] Rec. Doc. 57.

1

**II.     LAW AND FACTS**

Under Federal Rules of Civil Procedure, Rule 55(a), a default may only be entered into the record "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." Default judgments are not favored, and a trial on the merits is more in the interests of justice and fair play.[5] The Fifth Circuit Court of Appeal has stated that it has a policy "against the use of default judgments" due to their truncated nature.[6] The Fifth Circuit has further explained that, "[w]e have adopted a policy in favor or resolving cases on their merits and against the use of default judgments."[7] The plaintiff here has shown no extreme circumstance or any reason to violate the policy of the Fifth Circuit Court of Appeal in the request of a default judgment.

Through no fault of the individual defendants, there was a calendaring error that set the deadline for filing responsive pleadings twenty-one (21) days out from the filing of the Amended Complaint, rather than the fourteen days (14) prescribed by the Federal Rules of Civil Procedure. Upon learning of this error, defense counsel acted to immediately file a pleading responsive to the Plaintiff's *Amended Complaint.*[8]

In addition, Defendants have put forth meritorious defenses which this Honorable Court has previously ruled upon –and found favorably for the defendants– in their *Second Rule 12(b)(1) and Rule 12(b)(6) Motions to Dismiss* filed on the same day for which Plaintiff requested that a default be taken.

---

[5] *See also* 10A Wright, Miller and Kane, Federal Practice and Procedure: Civil 3 Section 2690 (1998).
[6] *Levitt-Stein v. Citigroup, Inc.*, 284 Fed.Appx. 114 at 115 (C.A. 5 (Tex.), 2008); *Rogers v. Hartford Life and Acc. Ins. Co.*, 167 F.3d 933 at 938 (5th Cir. 1999); *Harrell v. DCS Equip. Leasing Corp.*, 951 F.2d 1453 at 1459 (5th Cir.1992).
[7] *Rogers v. Hartford Life and Acc. Ins. Co.,* 167 F.3d 933 at 938 (5th Cir. 1999) *quoting Lindsey v. Prive Corp.,* 161 F.3d 886, 892-93 (5th Cir. 1998) and *Sun Bank of Ocala v. Pelican Homestead & Sav. Ass'n,* 874 F.2d 274, 276 (5th Cir. 1989)("Default judgments are a drastic remedy, not favored by the Federal Rules and resorted to by the courts only in extreme situations.")
[8] Rec. Doc. 57.

## II.   CONCLUSION

For the reasons set forth herein, good cause being shown, the Plaintiff's *Request for Entry of Default* against Defendants Landry and LeBlanc should be denied.

**RESPECTFULLY SUBMITTED,**

**JEFF LANDRY**
**ATTORNEY GENERAL**

**BY:**   /s/ Jeffery A. "Beau" Wheeler, II
JEFFERY A. "BEAU" WHEELER, II (#37546)
ASSISTANT ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
1450 Poydras Street, Suite 900
New Orleans, LA 70112
Telephone:   (504) 599-1200
Facsimile:   (504) 599-1212
Email:   WheelerJ@ag.louisiana.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of October, 2019 the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I HEREBY FURTHER CERTIFY** that on the 9th day of October, 2019, a copy of the foregoing was served on the *pro se* Plaintiff, Mr. Kevin Quatrevingt by depositing same in the United States mail, properly addressed and first class postage prepaid, to the following address:

Kevin Quatrevingt
62114 Warrior Rd
Lacombe, La 70445

/s/Jeffery A. "Beau" Wheeler, II
JEFFERY A. "BEAU" WHEELER, II
Assistant Attorney General