UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN M. QUATREVINGT | CIVIL ACTION |
| VERSUS | CASE NO. 19-1171 |
| JEFF LANDRY | SEC. "H"(4) |

ORDER

Considering the plaintiff's Motions for Entry of Default (R. Docs. 54, 55, & 56);

**IT IS ORDERED** that the Motions for Entry of Default (R. Docs. 54 & 56) are **DENIED**. Defendants, Jeff Landry & James LeBlanc, have since filed a Motion to Dismiss Pursuant to FRCP 12(b)(1) and FRCP 12(b)(6) at Rec. Doc. 57.

**IT IS FURTHER ORDERED** that the Motion for Entry of Default as to Warren Montgomery (R. Doc. 55) is **DENIED**. Defendant has since filed a responsive pleading at R. Doc. 58.

New Orleans, LA this 9th day of October, 2019.

_Erin Mouledous_
WILLIAM W. BLEVINS, CLERK OF COURT
Erin Mouledous, Deputy Clerk