IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



KEVIN M. QUATREVINGT, Plaintiff　　　　CIVIL ACTION

VS　　　　NO. 19-cv-01171

Jeff Landry, et al　　　　Div. H (4)

Complaint under the Civil Rights Act 42 U.S.C. 1983

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 16 2019
WILLIAM W. BLEVINS
CLERK

### PLAINTIFFS MOTION FOR ADDITIONAL TIME TO RESPOND

Now into Court, Pro Se, comes Plaintiff Kevin Quatrevingt, who suggest to this Honorable Court that Plaintiff needs additional time to answer or otherwise respond to Defendants Landry, Leblanc, Montgomery, Strain, Porter, and Cook's motion to dismiss.

Plaintiff received 3 different responses to his amended complaint. The current submission date is October 23, 2019. Plaintiff is unable to adequately respond to all Defendants responses in the time allowed. Accordingly, Plaintiff respectfully requests an extension of the time to file a response. Plaintiff therefore request the Court change the submission date to the November 20th submission date, which will allow Plaintiff enough time to file responses to all Defendants.

Plaintiff has previously spoken to all Defendants attorneys, and all have advised they object to any extensions of time to file a response. It is important to note Defendants Montgomery, Landry, and Leblanc all filed responses beyond the 14 days allowed by FRCP as such this limited the time Plaintiff had to respond before the submission deadline. Therefore, Plaintiff prays this Court, in the interest of justice and fairness overrules these objections and allows Plaintiff additional time.

WHEREFORE, Plaintiff prays that the Court modify the submission date to November 20, 2019.

Respectfully Submitted

_____ 10/16/19
Kevin Quatrevingt, Pro Se
62114 Warrior Rd
Lacombe, La 70445
504-371-2985

I certify a copy of this filing has been sent to Defendants via U.S. Mail, on this 16 day of October 2019

____ Fee ____
____ Process ____
X   Dktd ____
____ CtRmDep ____
____ Doc. No. ____

1