UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEVIN M. QUATREVINGT**              **CIVIL ACTION**

**VERSUS**                             **NO: 19-1171**

**JEFF LANDRY, ET AL.**                **SECTION: "H"**

### ORDER

Before the Court is Plaintiff's Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (Doc. 61) and Defendants' consent and/or failure to lodge an objection thereto (Docs. 62, 63).

Accordingly;

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**, and the submission dates of Defendants' Motions to Dismiss (Docs. 53 and 57) are **CONTINUED** and **RESET** for November 20, 2019. Oppositions shall be filed in accordance with local rules.

New Orleans, Louisiana this 18th day of October, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**