IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN M. QUATREVINGT, Plaintiff

VS

Jeff Landry,
James Leblanc,
Randy Smith
Angie Cook,
Denise Porter
Warren Montgomery
    Defendants

CIVIL ACTION

NO. 19-CV-01171

Division H (4)

Complaint under the Civil Rights Act 42 U.S.C. 1983, 1985

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED APR 27 2020 CAROL L. MICHEL CLERK*

## NOTICE OF APPEAL

Notice is hereby given that Kevin Quatrevingt appeals to the United States Court of Appeals for the Fifth Circuit from the order granting Defendants Landry, Leblanc, Smith, Cook, and Porters' motions to dismiss, entered in this action on the 6th day of April, 2020.

Signed this 19 day of April, 2020

Kevin Quatrevingt, Pro Se
62114 Warrior Rd
Lacombe, La 70445
504-371-2985

I certify notice has been provided to Defendants named herein through their attorneys via U.S. Mail. Notice has been provided to Defendant Warren Montgomery's attorney via email pursuant to an agreement between the Parties.

TENDERED FOR FILING

APR 27 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

1

Kevin Quatrevingti
62114 Warrior Rd
Lacombe, La 70445

Clerk of Court - Pro-Se-Division
Eastern District of Louisiana
Federal Court
500 Poydras St.
New Orleans, La. 70130

70130-335726