District Court _Eastern District of Louisiana_ District Court Docket No. _2019-CV-01171 H(4)_

Short Case Title _Quatrevingt V Landry, ET AL_

ONLY ONE COURT REPORTER PER FORM Court Reporter _____

Date Notice of Appeal Filed in the District Court _4/27/2020_ Court of Appeals No. ____

FILED MAY 1 1 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CAROL L. MICHEL
CLERK

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

A. Complete the Following:

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

OR

Check all of the following that apply, include date of the proceeding.

This is to order a transcript of the following proceedings: ☐ Bail Hearing ____ ☐ Voir Dire ____
☐ Opening Statement of Plaintiff ____ ☐ Opening Statement of Defendant ____
☐ Closing Argument of Plaintiff ____ ☐ Closing Argument of Defendant: ____
☐ Opinion of court ____ ☐ Jury Instructions ____ ☐ Sentencing ____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 8/7/2019 | Oral Argument | Hon. Jane Triche Milazzo |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

TENDERED FOR FILING
MAY 1 1 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. This is to certify satisfactory financial arrangements have been made. Method of Payment:
☑ Private Funds; ☐ Criminal Justice Act Funds (Enter Authorization-24 via eVoucher);
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds
☐ Other ____

Signature _K2H_ Date Transcript Ordered _5/8/2020_
Print Name _Kevin Quatrevingt_ Phone _504 371 2985_
Counsel for _Pro Se Litigant_
Address _62114 Warrfer RD Lacombe, LA 70445_
Email of Attorney: ____

---

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) ____

Date ____ Signature of Reporter ____ Tel. ____
Email of Reporter ____

---

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages ____ Actual Number of Volumes ____

Date ____ Signature of Reporter ____



K. Andrews
62114 Warria RD
Lacombe, LA 70445

United States Federal Court
Eastern District of Louisiana
Clerk of Court
500 Poydras St
New Orleans, LA 70130

NEW ORLEANS, LA 700
08 MAY 2020 PM 1 L

70130-336726

