# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 20-30287

KEVIN M. QUATREVINGT,

    Plaintiff - Appellant

v.

JEFF LANDRY; JAMES LEBLANC; RANDY SMITH, In his official capacity as Sheriff of St. Tammany Parish; ANGELINA COOK, Originally named as Angie Cook; DENISE PORTER,

    Defendants - Appellees

**A True Copy**
Certified order issued Jul 06, 2020

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court
for the Eastern District of Louisiana

Before GRAVES, HIGGINSON, and WILLETT, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this civil rights case, the district court dismissed five defendants, but left one defendant in the case. The plaintiff filed a notice of appeal from that order.

    We have jurisdiction over appeals from final decisions of the district courts. 28 U.S.C. § 1291. Where an action involves multiple parties or claims, as in this case, an order dismissing some of the claims or defendants is final for appellate purposes only if the district court has made an express

No. 20-30287

determination that there is no just reason for delay and an express direction for the entry of judgment, *see* FED. R. CIV. P. 54(b), or certifies the case for immediate appeal pursuant to 28 U.S.C. § 1292(b). Here, the district court dismissed five defendants but left the claims against the remaining defendant pending. It did not enter the certification required by either Rule 54(b) or §1292(b). Thus, the notice of appeal filed before all claims and all parties were disposed of is premature. We are without jurisdiction over this appeal and it must be dismissed. *See Borne v. A&P Boat Rentals No. 4, Inc.*, 755 F.2d 1131, 1133 (5th Cir. 1985). Accordingly, the appeal is DISMISSED for want of jurisdiction.