## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN M. QUATREVINGT** § | | **CIVIL ACTION NO. 19-1171** |
| Plaintiff § | | |
| § | | |
| **VERSUS** § | | **JUDGE JANE TRICHE MILAZZO** |
| § | | |
| § | | |
| **JEFF LANDRY, ET AL,** § | | |
| Defendants § | | **MAGISTRATE KAREN WELLS ROBY** |
| § | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S RE-URGED MOTION TO STAY PROCEEDINGS

**NOW INTO COURT**, through undersigned counsel comes Defendant Warren Montgomery, in his official capacity as District Attorney for the 22nd Judicial District, State of Louisiana (referred to hereinafter as "Defendant"), who for the reasons more fully discussed in the attached Memorandum in Support, respectfully moves this Honorable Court to stay all proceedings in the above captioned matter until: 1) Petitioner's underlying criminal case has run its course to conclusion and 2) after final resolution of Petitioner's criminal charges, this Court may, upon proper motion by Defendant, determine whether Plaintiff's claim can still be maintained under law.

**WHEREFORE**, Defendant Montgomery prays that this Honorable Court stay all proceedings in the above captioned matter until Petitioner's underlying criminal case has run its course to conclusion and, after final resolution of Petitioner's criminal charges, this Court may, upon proper motion by Defendant, determine whether Petitioner's claim can still be maintained under law.

**Respectfully submitted,**

s/ Cary J. Menard
**CARY J. MENARD (Bar No. 09426)**
701 N. Columbia St. – 2nd Floor DA
Covington, Louisiana 70433
Telephone: (985) 871-4530
Facsimile: (985) 867-5124
Email: cmenard@22da.com
*Counsel for Defendant, Warren Montgomery, in his capacity as District Attorney for the 22nd Judicial District, State of Louisiana.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on September 18, 2020, by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

I further certify that the following *pro se* litigant was served with a copy of the forgoing document via United States Mail:

Kevin M. Quatrevingt
62114 Warrior Road
Lacombe, LA 70445

s/ Cary J. Menard
**CARY J. MENARD (Bar No. 09426)**