**EXHIBIT A**

September 4, 2018

FELONY BILL OF INFORMATION

STATE OF LOUISIANA – PARISH OF ST. TAMMANY

TWENTY-SECOND JUDICIAL DISTRICT

FILED
ST. TAMMANY PARISH
MELISSA R. HENRY
CLERK OF COURT

603891 JN 15 18

---

TO THE HONORABLE, THE TWENTY-SECOND JUDICIAL DISTRICT COURT OF LOUISIANA, sitting in for the Parish of ST. TAMMANY, comes now into open Court the undersigned District Attorney of the Twenty-Second Judicial District of Louisiana, in the name and by the authority of said State, informs the said Honorable Court:

That the person(s) named and identified below, late of the Parish of ST. TAMMANY on or about the date below describe, in the Parish of ST. TAMMANY aforesaid and within the jurisdiction of the Twenty-Second Judicial District in and for the Parish of ST. TAMMANY, State of Louisiana and contrary to the form of the Statutes of the State of Louisiana in such cases made and provided, and against the peace and dignity of the same did violate:

---

DEFENDANTS NAME AND DATE OF BIRTH

KEVIN MICHAEL QUATREVINGT

SSN: XXX-XX-2167    SID#: 2359059
62114 WARRIOR DRIVE, LACOMBE, LA 70445

DOB: 06/29/84
DL: LA 8335409
Arrest Date: 03/27/18

COUNT 1
R.S. 15:542 & 15:542.1.4 A. (2) FAILURE TO REGISTER AS A SEX OFFENDER-2ND
KEVIN MICHAEL QUATREVINGT, on or about March 23, 2018, By failing to register as a sex offender after having been convicted of Possession of Child Pornography on January 24, 2006 under Docket Number 0504531517 in Military Court, having previously been convicted of failing to register as a Sex Offender under Doccket Number 438897 on November 3, 2008 in the 22nd Judicial District Court in St. Tammany Parish.

WARREN MONTGOMERY
DISTRICT ATTORNEY
22ND JUDICIAL DISTRICT
STATE OF LOUISIANA

BY: _____

DIV. I