UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEVIN M. QUATREVINGT**                    **CIVIL ACTION**

**VERSUS**                                   **NO: 19-1171**

**JEFF LANDRY, ET AL.**                      **SECTION: "H"**

## ORDER

Before the Court is Defendant's Motion to Stay Proceedings (Doc. 80), requesting that this matter be stayed until Petitioner's underlying criminal case has run its course.

Petitioner was charged with failing to register as a sex offender in September 2018. On July 3, 2019, the Twenty-Second Judicial District Court issued an order quashing that charge.[1] The State of Louisiana appealed the ruling, and it was reversed by the Louisiana First Circuit Court of Appeal on June 24, 2020. Petitioner filed a writ to the Louisiana Supreme Court that remains pending. In this matter, Petitioner alleges that Defendant violated his constitutional rights by arresting and prosecuting him for failing to register as a sex offender.

In light of the reversal, Defendant seeks a stay in this matter, arguing that a conviction in Petitioner's criminal case could result in a dismissal of this suit pursuant to *Heck v. Humphrey*.[2] *Heck* holds that a plaintiff who has been

---

[1] This Court previously denied a motion to stay decided after the charges were quashed but prior to the appellate court's reversal. Doc. 51.

[2] Heck v. Humphrey, 512 U.S. 477, 486 (1994).

convicted of a crime cannot recover damages for an alleged violation of his constitutional rights if the alleged violation arose from the same facts attendant to the charge for which he was convicted.[3] This Court therefore agrees that this matter should be stayed, and Petitioner has not filed any opposition to this motion.

Accordingly;

**IT IS ORDERED** that Defendant's Motion to Stay is **GRANTED** and this matter is **STAYED** and **ADMINISTRATIVELY CLOSED**. The parties shall move to reopen this matter immediately upon resolution of Petitioner's criminal case.

New Orleans, Louisiana this 7th day of December, 2020.

*[signature]*

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[3] *Id.*